**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DENNIS JOHNSTON, on behalf of himself
and all others similarly situated,

                                    CASE NO.: 3:20-cv-00539-MMH-PDB

           Plaintiff,

vs.

NORTH FLORIDA REFORESTRATION
SERVICES, INC., a Florida Profit Corporation
and ROBERTS SITE DEVELOPMENT, INC.,
a Florida Profit Corporation,

           Defendants.
_____/

## NOTICE OF APPEARANCE

         PLEASE TAKE NOTICE of the appearance of Andrew J. Decker, IV, of The Decker Law

Firm, P.A., as counsel of record for the Defendants, NORTH FLORIDA REFORESTRATION

SERVICES, INC., a Florida Profit Corporation and ROBERTS SITE DEVELOPMENT, INC., a

Florida Profit Corporation.

## CERTIFICATE OF SERVICE

         I hereby certify that on June 12, 2020, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system.

                              THE DECKER LAW FIRM, P. A.

                              _____/s/ Andrew J. Decker, IV_____
                              Andrew J. Decker, IV
                              Florida Bar No. 012745
                              261 North Marion Avenue
                              Lake City, Florida 32055
                              Telephone:          (386) 487-5466
                              Email:     andrewjdecker@thedeckerlawfirm.com

                              Attorney for Defendants